UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-59731-PMB |
| GLENN JEFFREY DACRUZ,<br><br>    Debtor. | CHAPTER 7 |
| JENNIFER R. DACRUZ,<br><br>    Movant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME,<br><br>    Respondent,<br><br>GLENN JEFFREY DACRUZ<br><br>    Respondent.<br><br>S. GREGORY HAYS,<br><br>    Trustee. | CONTESTED MATTER |

**AMENDED EMERGENCY MOTION TO RECONSIDER**

COME NOW, Jennifer R. DaCruz, ("Intervenor/Movant") and files this *Amended Emergency Motion to Reconsider*.

1

1.

The Movant hereby re-states everything set forth in her *Emergency Motion to Reconsider* as if they were fully set forth herein.

2.

The Movant amends her *Emergency Motion to Reconsider* to add the following entity to this contested matter as a Respondent:

**The Bank of New York Mellon FKA The Bank of New York Successor Indenture Trustee to JP Morgan Chase Bank, N.A., As Indenture Trustee on Behalf of the Noteholders of the CWHEQ Inc., CWHEG Revolving Home** ("Respondent")

RESPECTFULLY SUBMITTED this 21st day of July, 2023.

JENNIFER R. DACRUZ, *Pro se*
3679 Seton Hall Way
Decatur, GA 30034
(404)513-4368
jenniferdacruz@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**GLENN JEFFREY DACRUZ,**<br><br>　　　Debtor. | CASE NO. 22-59731-PMB<br><br>CHAPTER 7 |
| **JENNIFER R. DACRUZ,**<br><br>　　　Movant,<br><br>　　　v.<br><br>**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME,**<br><br>　　　Respondent,<br><br>**GLENN JEFFREY DACRUZ**<br><br>　　　Respondent.<br><br>**S. GREGORY HAYS,**<br><br>　　　Trustee. | CONTESTED MATTER |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the people below with a copy of the foregoing *Amended Emergency Motion to Reconsider* electronically and/or United States Postal Service mail with adequate postage address thereon to:

1

Brian Widener
Counsel for
Bank of America and Bank of New York Mellon
The Albertelli Firm, PC
100 Galleria Parkway Ste 960
Atlanta GA 30339
bwidener@albertellilaw.com

Glenn J. DaCruz
Debtor
2108 Woodiron Drive
Duluth, GA 30097-7498
gjdacruz@gmail.com

Charles Clapp
Debtor's Counsel
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE Suite 3000
Atlanta, GA 30328
charles@lawcmc.com

S. Gregory Hays
Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
ghays@haysconsulting.net

Michael Bargar
Trustee's Counsel
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
mbargar@rlkglaw.com

Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
ustpregion21.at.ecf@usdoj.gov

This \_\_21st\_\_ day of \_\_July\_\_, 2023.

_____
JENNIFER R. DACRUZ, *Pro se*
3679 Seton Hall Way
Decatur, GA 30034
(404)513-4368
jenniferdacruz@yahoo.com

3