# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 22-59731-PMB  
**Case Name:** DACRUZ, GLENN JEFFREY  
**For Period Ending:** 06/30/2023

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 02/09/2023 (c)  
**§ 341(a) Meeting Date:** 03/21/2023  
**Claims Bar Date:** 09/12/2023

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | One-Half Interest - 3679 Seton Hall Way, Decatur, GA 30034 (Dekalb County)  Exemption adjusted to $10,760, the maximum allowed amount. Consent order entered approving adjusted amount. | 123,250.00 | 42,990.00 | | 0.00 | 123,250.00 |
| 2 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Checking - Delta Community Credit Union | 440.00 | 0.00 | | 0.00 | FA |
| 5 | Claim for Full Disgorgement pursuant to 11 USC §§ 330, 331, and Fed.R.Bankr.P. 9019(a) and 2002(a)(3) | Unknown | 0.00 | | 0.00 | FA |
| 5 | **Assets  Totals**  (Excluding unknown values) | **$125,490.00** | **$42,990.00** | | **$0.00** | **$123,250.00** |

**Major Activities Affecting Case Closing:**

4/20/23 - Trustee filed an objection to Debtor's claimed exemptions.

6/13/2023 - Declared as an asset case. Trustee intends to administer excess proceeds from foreclosure of real property.

**Initial Projected Date Of Final Report (TFR):** 12/31/2025  
**Current Projected Date Of Final Report (TFR):** 12/31/2025